# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JEFFERY L. NUTT,

    Plaintiff,

v.                                      Case No. 5:21-cv-212-TKW/MJF

TOMMY FORD,

    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.[1] Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to pay the filing fee, failure to prosecute, and failure to comply with court orders.

Accordingly, it is **ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order; this case is **DISMISSED** without prejudice; and the Clerk shall close the case file.

---

[1] Plaintiff is likely unaware of the Report and Recommendation because the copy mailed to him at his address of record was returned by the Post Office as undeliverable. *See* Doc. 10. That does not preclude the Court from adopting the Report and Recommendation and dismissing this case. Indeed, Plaintiff's failure to keep the Court apprised of his current address is an additional reason for this case to be dismissed.

**DONE and ORDERED** this 31st day of January, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**